IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

JACQUELINE LONG,

    Plaintiff,

v.

HANSJÖRG WYSS,

    Defendant.

---

## DECLARATION OF HANSJÖRG WYSS

---

Pursuant to 28 U.S.C. § 1746, the undersigned, Defendant Hansjörg Wyss, under penalty of perjury, declares as follows:

1. I reside in, and am a citizen of, the state of Wyoming. I maintain my physical residence and domicile in Jackson, Wyoming.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2014.

_____
Hansjörg Wyss